**Dismissed and Memorandum Opinion filed January 19, 2012.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

———————————

## NO. 14-11-00822-CV

———————————

**DOMINIQUE WESLEY, Appellant**

**V.**

**THE WALLINGFORD APARTMENTS, Appellee**

---

**On Appeal from County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 999231**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed September 12, 2011. The notice of appeal was filed on September 15, 2011. To date, our records show that appellant has neither established indigence nor paid the $175.00 appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless indigent); Tex. R. App. P. 20.1 (listing requirements for establishing indigence); *see also* Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on

Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007) (listing fees in court of appeals); Tex. Gov't Code Ann. § 51.207 (Vernon 2005) (same).

On December 15, 2011, this court ordered appellant to pay the appellate filing fee on or before December 30, 2011, or the appeal would be dismissed. Appellant has not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Seymore, Boyce and McCally.